IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARLIN SANTANA THOMAS,<br><br>Defendant. | No. 25-CR-58<br><br>**INDICTMENT**<br><br>**Count 1**<br>18 U.S.C. § 1591(a)(1) and § 1591(b)(1):<br>Sex Trafficking of Victim 1 by Force,<br>Fraud, and Coercion<br><br>**Count 2**<br>18 U.S.C. § 1591(a)(1) and § 1591(b)(1):<br>Sex Trafficking of Victim 2 by Force,<br>Fraud, and Coercion<br><br>**Count 3**<br>18 U.S.C. § 1591(a)(1) and § 1591(b)(1):<br>Sex Trafficking of Victim 3 by Force,<br>Fraud, and Coercion<br><br>**Count 4**<br>18 U.S.C. § 1591(a)(1) and § 1591(b)(1):<br>Sex Trafficking of Victim 4 by Force,<br>Fraud, and Coercion<br><br>**Count 5**<br>18 U.S.C. § 2422(a):<br>Transportation of Victim 1 for the<br>Purpose of Prostitution Through<br>Coercion and Enticement<br><br>**Count 6**<br>18 U.S.C. § 2422(a):<br>Transportation of Victim 2 for the<br>Purpose of Prostitution Through<br>Coercion and Enticement |

)   **Count 7**
)
)     18 U.S.C. § 2422(a):
)     Transportation of Victim 2 for the
)     Purpose of Prostitution Through
)     Coercion and Enticement
)
)   **Count 8**
)
)     18 U.S.C. § 2422(a):
)     Transportation of Victim 3 for the
)     Purpose of Prostitution Through
)     Coercion and Enticement

The Grand Jury charges:

## Count 1

### Sex Trafficking of Victim 1 by Force, Fraud, and Coercion

Between on or about September 2009, and continuing to on or about November 2010, in the Northern District of Iowa and elsewhere, defendant MARLIN SANTANA THOMAS did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means an adult female, Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of these means would be used to cause Victim 1 to engage in a commercial sex act.

This was in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## Count 2

### Sex Trafficking of Victim 2 by Force, Fraud, and Coercion

Between on or about July 2010, and continuing to on or about November 2010, in the Northern District of Iowa and elsewhere, defendant MARLIN

SANTANA THOMAS did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means an adult female, Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of these means would be used to cause Victim 2 to engage in a commercial sex act.

This was in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## Count 3

### Sex Trafficking of Victim 3 by Force, Fraud, and Coercion

Between on or about January 2010, and continuing to on or about November 2011, in the Northern District of Iowa and elsewhere, defendant MARLIN SANTANA THOMAS did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means an adult female, Victim 3, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of these means would be used to cause Victim 3 to engage in a commercial sex act.

This was in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## Count 4

### Sex Trafficking of Victim 4 by Force, Fraud, and Coercion

Between on or about November 2014, and continuing to on or about March 2015, in the Northern District of Iowa and elsewhere, defendant MARLIN SANTANA THOMAS did, in and affecting interstate commerce, knowingly recruit,

entice, harbor, transport, provide, obtain, and maintain by any means an adult female, Victim 4, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of these means would be used to cause Victim 4 to engage in a commercial sex act.

This was in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

### Count 5

### Transportation of Victim 1 for the Purpose of Prostitution Through Coercion and Enticement

In or about September 2009, in the Northern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did knowingly persuade, induce, entice, and coerce an adult female, Victim 1, to travel in interstate commerce, that is, from the State of Iowa to the State of Illinois, to engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

This was in violation of Title 18, United States Code, Section 2422(a).

### Count 6

### Transportation of Victim 2 for the Purpose of Prostitution Through Coercion and Enticement

In or about August 2010, in the Northern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did knowingly persuade, induce, entice, and coerce an adult female, Victim 2, to travel in interstate commerce, that is, from the State of Iowa to the State of North Dakota, to engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

This was in violation of Title 18, United States Code, Section 2422(a).

## Count 7

### Transportation of Victim 2 for the Purpose of Prostitution Through Coercion and Enticement

In or about October 2010, in the Northern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did knowingly persuade, induce, entice, and coerce an adult female, Victim 2, to travel in interstate commerce, that is, from the State of Iowa to the State of Illinois, to engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

This was in violation of Title 18, United States Code, Section 2422(a).

## Count 8

### Transportation of Victim 3 for the Purpose of Prostitution Through Coercion and Enticement

In or about March 2011, in the Northern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did knowingly persuade, induce, entice, and coerce an adult female, Victim 3, to travel in interstate commerce, that is, from the State of Iowa to the State of Illinois, to engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

This was in violation of Title 18, United States Code, Section 2422(a).

A TRUE BILL

██████████████████████

Grand Jury Foreperson          Date

7-9-25

TIMOTHY T. DUAX
United States Attorney

By:

EMILY K. NYDLE
Assistant United States Attorney

and

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

By:

SLAVA KUPERSTEIN
Trial Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 7/9/2025
PAUL DE YOUNG, CLERK