IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARLIN SANTANA THOMAS, )<br>)<br>Defendant. ) | Case No. 25-CR-58<br><br>**UNRESISTED**<br>MOTION FOR EXTENSION OF TIME<br>TO FILE REPLY TO GOVERNMENT'S<br>RESISTANCES TO DEFENDANT'S<br>MOTIONS TO DISMISS |

Defendant Marlin Santana Thomas, through counsel, hereby moves the Court for an order extending the time to file a reply to the Government's resistances to Defendant's motions to dismiss. Docket Nos. 42 & 44 (motions to dismiss); 50 & 51 (resistances to motions to dismiss). In support of this Motion, Mr. Thomas states as follows:

1. The Government filed Resistances to Defendant's Motions to Dismiss Indictment on October 17, 2025. Docket Nos. 50 & 51. The deadline to file a reply is October 24, 2025.

2. Undersigned counsel Abdel Reyes is scheduled for a trial beginning October 27, 2025, and will not have the time to draft and research a reply within the current deadline.

3. Undersigned counsel has consulted with Assistant United States Attorney Emily Nydle, who indicates that the government does not oppose this motion.

4. Mr. Thomas respectfully requests that this Court find that good cause exists to extend the time to file a reply to November 3, 2025.

WHEREFORE, Mr. Thomas respectfully requests that this Court issue an order extending the time to file a reply to the Government's resistances to Defendant's motions to dismiss to November 3, 2025.

1

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: abdel_reyes@fd.org

By: /s/*Abdel Reyes*
**Abdel Reyes**
Assistant Federal Defender
ATTORNEY FOR DEFENDANT


FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542
EMAIL: christopher_nathan@fd.org

BY: /s/ *Christopher J. Nathan*
**Christopher J. Nathan**
Assistant Federal Defender
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on October 21, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ *Natalie Gahan*