IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 25-CR-58 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARLIN SANTANA THOMAS, ) | DEFENDANT'S MOTION FOR LEAVE |
| ) | TO FILE MOTION AND EXHIBIT A |
| Defendant. ) | UNDER SEAL |

Defendant, pursuant to Local Rule 5(c), requests leave to file his Motion for Determination of Whether to Disqualify FDO representation and Exhibit A under seal due to the confidential information contained.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on October 30, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea

1