# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARLIN SANTANA THOMAS,

    Defendant.

No. CR25-58-LTS-MAR

**ORDER ON REPORT AND RECOMMENDATION**

This case is before me on a Report and Recommendation (R&R) filed by the Honorable Mark A. Roberts, United States Magistrate Judge. Doc. 83. Judge Roberts recommends that I deny defendant Marlin Santana Thomas' motion (Doc. 44) to dismiss the indictment for improper venue.[1] Neither party has filed objections to the R&R and the time for objections has expired.

A district judge reviews a magistrate judge's R&R under the following standard:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Crim. P. 59(b)(2). Because there are no objections to the R&R, I review its factual findings for plain error. *Hajek v. Shalala*, 30 F.3d 89, 91–92 (8th Cir. 1994). Questions of law are reviewed de novo. *Thompson v.*

---

[1] Thomas has filed another motion (Doc. 42) to dismiss that remains pending.

*Nix*, 897 F.2d 356, 357 (8th Cir. 1990) (per curiam); *Halpin v. Shalala*, 999 F.2d 342, 346 (8th Cir. 1993).

I find the R&R to be wholly correct. The indictment expressly alleges that the charges against Thomas occurred "in the Northern District of Iowa and elsewhere." Doc. 2. As Judge Roberts concluded, that is enough to send the case to trial "and put the government to its burden of proof." Doc. 83 at 2 (quoting *United States v. Hardaway*, 999 F.3d 1127, 1130 (8th Cir. 2021)). I therefore **accept** the R&R (Doc. 83) without modification. Thomas' motion (Doc. 44) to dismiss for improper venue is hereby **denied without prejudice**.

**IT IS SO ORDERED** this 31st day of December, 2025.

_____
Leonard T. Strand
United States District Judge